UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID STERLING, an Individual and
STERLING & STERLING, INC., a corporation on
behalf of themselves and other similarly situated,

        Plaintiffs,

        v.

STRATFOR ENTERPRISES, LLC, STRATEGIC
FORECASTING, INC. and GEORGE FRIEDMAN,

        Defendants.
------------------------------------------------------------X

CIVIL ACTION NO.:
2:12-CV-00297-DRH-ARL

**AGREED STIPULATION FOR EXTENSION OF TIME**

It is hereby agreed, by and between counsel for the parties that the time within which Defendants Stratfor Enterprises, Inc., Strategic Forecasting, Inc. and George Friedman may respond to the Amended Complaint may be extended up to and including Monday, April 30, 2012, which is a sixty (60) day extension of time pursuant to the parties' Letter Agreement dated February 22, 2012.

WHEREFORE premises considered, the parties hereby request the Court enter an Order granting this Agreed Stipulation for Extension of Time and for all other and further relief as justified.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By:   */s/ Bill Cobb*
       Bill Cobb
       Texas Bar No. 00796372
       100 Congress Avenue, Suite 1100
       Austin, Texas 78701
       (512) 236-2326
       (512) 691-4446– Fax

**ATTORNEY FOR DEFENDANTS
STRATFOR ENTERPRISES, LLC,
STRATEGIC FORECASTING, INC. and
GEORGE FRIEDMAN**

**AGREED**:

NAPOLI BERN RIPKA SHKOLNIK, LLP

By: */s/ Hunter J. Shkolnik* ^(with permission)
    Hunter J. Shkolnik (HS4854)
    Adam J. Gana (AG1822)
    350 Fifth Avenue, Suite 7413
    New York, NY  10118
    (212) 267-3700 (Phone)
    (212) 587-0031 (Fax)

**ATTORNEYS FOR DEFENDANTS
DAVID STERLING AND STERLING & STERLING, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of February, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically mail notification of such filing to all counsel of record who have appeared in this case.

                                    */s/ Bill Cobb*
                                    Bill Cobb

7985595v.1